**RCO LEGAL, P.S.**
Jonathan J. Damen, Esq., #251869
Nancy L. Lee, Esq., #272035

1241 E. Dyer Road, Suite 250
Santa Ana, CA 92705
714-277-4937/ Fax: 714.277.4899
Email jdamen@rcolegal.com
RCO# 220449

Attorney for Creditor
Lakeview Loan Servicing, LLC

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In Re:<br>JCManuel Attao Arriola<br>Beverly Malabanan Raz-Arriola<br><br>Debtors. | No. 15-41892-RLE<br><br>Chapter 13<br><br>REQUEST FOR SPECIAL NOTICE |

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and Bankruptcy Rules, Lakeview Loan Servicing, LLC requests that all notice given in this case and all papers served or required to be served in this case (including, but not limited to, Notice for Meeting of Creditors, Chapter 13 Plan and Schedules and any amended Chapter 13 Plan and Schedules, Dismissal Order, and Discharge Order), be given to and served upon the undersigned at the following address and telephone number. This notice can in no way be construed as a grant of authority from Creditor to counsel to accept service on behalf of Creditor or otherwise waive in any way the right of Creditor to the full rights of service as may be accorded under local and federal rules.

Jonathan Damen
RCO Legal, P.S.
1241 E. Dyer Road, Suite 250
Santa Ana, CA 92705
PH 714-277-4937
Email: bknotice@rcolegal.com

Dated: July 24, 2015

RCO Legal, P.S.
By: _____
Attorneys for Creditor

## PROOF OF SERVICE

I declare: I am employed in the County of Orange, State of California. I am over the age of eighteen (18) years. My business address is 1241 E. Dyer Road, Suite 250, Santa Ana, California, 92705. On the date stated below, I served within **Request for Special Notice** on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope via postage pre-paid, regular first class mail and/or electronic service as follows:

**SERVICE VIA U.S. MAIL:**

JCManuel Attao Arriola
4031 Roberts Court
Antioch, CA 94509-6290

Beverly Malabanan Raz-Arriola
4031 Roberts Court
Antioch, CA 94509-6290

**ELECTRONIC SERVICE:**

Martha G. Bronitsky
13trustee@oak13.com

US Trustee (OAK)
USTPRegion17.OA.ECF@usdoj.gov

Patrick L. Forte
pat@patforte.com

Service was made on July 28, 2015 at Santa Ana, California. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

By: Eric Levmend /s/

Case: 15-41892    Doc# 12    Filed: 07/28/15    Entered: 07/28/15 13:02:08    Page 2 of 2

2